UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.M., individually and on behalf of B.M., a
child with a disability,

                             *Plaintiffs*,

                 -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                             *Defendant*.

**ORDER**

20-cv-06915-ER

Ramos, D.J.:

On August 31, 2022, Plaintiff appealed from a judgment entered in 20-cv-06915 related to attorney's fees.  For the reasons set forth in a case management order in *H.C., Individually, and on behalf of J.C. a child with a disability v. New York City Department of Education*, 21-1582 and related appeals, the Second Circuit Court of Appeals remanded this case to the district court on October 12, 2022.  Doc. 74.  Pursuant to the order, any appeal concerning a fee dispute involving the Cuddy Law Firm and the New York City Department of Education shall be held in abeyance or remanded to the district court pending a decision in the tandem appeals.  *Id.*

The parties are instructed to advise the court within 48 hours of the Second Circuit's decision on those appeals.

It is SO ORDERED.

Dated:    October 17, 2022
            New York, New York

_____
            Edgardo Ramos, U.S.D.J.