UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.M., individually and on behalf of B.M., a child with a disability,

      Plaintiff,

  -*against*-

NEW YORK CITY DEPARTMENT OF EDUCATION,

      Defendant.

**ORDER**

20-cv-6915 (ER)

Ramos, D.J.:

  It is hereby ORDERED, ADJUDGED AND DECREED:  That for the reasons stated in the Court's Opinion & Order dated August 2, 2022, M.M.'s motion for attorneys' fees and costs is granted with the modifications to hourly rates, billable hours, and expenses detailed above. Thus, for the underlying administrative proceedings, the hours and rates for each attorney and paralegal result in the fees set forth in the order. Therefore, prior to any discretionary reductions, M.M. is due $29,642.50 for the underlying administrative action and $15,732.50 for this federal action. After reductions, M.M. is due $23,714 for the underlying administrative action and $11,799.38 for this federal fees in the instant case. As stated in the Order, for costs, the Firm may bill $400 for filing this lawsuit, $25.73 for meals, $181.25 for mileage, $70 for parking, $9.36 for postage, $79.20 for printing, and $14.50 for tolls, which amount to total costs of $780.04. Accordingly, M.M. is entitled to a combined total of $36,293.42.

      The Clerk of Court is respectfully directed to enter judgment, and close the case.

It is SO ORDERED.

Dated:  August 11, 2023
        New York, New York

                                                   Edgardo Ramos, U.S.D.J.